**FILED**

**June 7, 2017**

**TN COURT OF
WORKERS' COMPENSATION
CLAIMS**

**Time 12:53 PM**



## TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT KINGSPORT

| | | |
|---|---|---|
| Carlos E. Roque-Blanco,<br>Employee, | ) )<br>) | Docket No. 2017-02-0161 |
| v. | )<br>) )<br>) | State File Number 85075-2016 |
| Todd Manley,<br>Uninsured Employer | )<br>) )<br>) | Judge Brian K. Addington |

## EXPEDITED HEARING ORDER
## (DECISION ON THE RECORD)

This matter came before the undersigned Workers' Compensation Judge on June 6, 2017, upon the Request for Expedited Hearing (REH) filed by Carlos Roque-Blanco. Mr. Roque-Blanco requested the Court decide the matter on the record without an evidentiary hearing. Mr. Manley did not request an in-person hearing. The Court issued a Docketing Notice for File Review Determination, listing the documents contained in the record and allowing the parties until June 5, 2017, to object to the admissibility of any document and/or to file a position statement. Neither party filed any objections to the documents.

Here, the determinative legal issue is whether Mr. Roque-Blanco was an employee in the service of an employer. For the reasons set forth below, the Court finds Mr. Roque-Blanco is not likely to prevail at a hearing on the merits in proving that he worked for an "employer" as defined by the Workers' Compensation Law. The Court, therefore, denies his request for workers' compensation benefits at this time.

### History of Claim

Mr. Roque-Blanco worked for Mr. Manley clearing timber. On September 2, 2016, another employee, Arturo Russell, cut a tree that fell on Mr. Roque-Blanco. Someone called emergency medical services, and Wings Air Rescue transported Mr. Roque-Blanco to Holston Valley Medical Center.

1

Mr. Roque-Blanco suffered a spinal cord injury and fracture at T-12-L1 with resultant paraplegia of the legs. Dr. Hamid Shah performed laminectomies at T-12 and L1 to stabilize Mr. Roque-Blanco's spine. Following recovery, Mr. Roque-Blanco was transferred to Brookhaven nursing home. He continues to be paralyzed below the waist.

When Mr. Roque-Blanco filed a Petition for Benefit Determination, Rick Day, Compliance Specialist with the Bureau, investigated Mr. Manley and the circumstances regarding Mr. Roque-Blanco's injury. During the investigation, Mr. Russell confirmed he and Mr. Manley were working with Mr. Roque-Blanco and that Mr. Manley did not have workers' compensation insurance. Accordingly, Mr. Day was only able to confirm two known employees for Mr. Manley.

In his Petition for Benefit Determination (PBD), REH and accompanying affidavit, Mr. Roque-Blanco requested payment for medical treatment and temporary disability benefits. He requested payment by the Bureau, since Mr. Manley did not have workers' compensation insurance.

Mr. Manley did not file a response to Mr. Roque-Blanco's REH.

### Findings of Facts and Conclusions of Law

In this workers' compensation case, Mr. Roque-Blanco has the burden of proof on all essential elements of his claim. *Scott v. Integrity Staffing Solutions*, 2015 TN Wrk. Comp. App. Bd. LEXIS 24, at *6 (Aug. 18, 2015). However, Mr. Roque-Blanco need not prove every element of his claim by a preponderance of the evidence in order to obtain relief at an Expedited Hearing. Instead, he must come forward with sufficient evidence from which the trial court can determine that he is likely to prevail at a hearing on the merits. *McCord v. Advantage Human Resourcing*, 2015 TN Wrk. Comp. App. Bd. LEXIS 6, at *7-8, 9 (Mar. 27, 2015).

The Workers' Compensation Law requires all "employers" to provide workers' compensation coverage for their "employees." *See* Tenn. Code Ann. § 50-6-405(a) (2016). According to Tennessee Code Annotated 50-6-102(12)(A) (2016), "an employee includes every person . . . in the service of an employer[.]" An employer is defined as "any individual . . . using the services of not less than five (5) persons for pay[.]" Tenn. Code Ann. § 50-6-102(13) (2016).

In order to succeed in this matter, Mr. Roque-Blanco must prove he was an employee in the service of an employer. There is no doubt Mr. Roque-Blanco was an employee of Mr. Manley; however, Mr. Roque-Blanco has not proven to the satisfaction of the Court that Mr. Manley meets the statutory definition of an employer. Rather, the evidence establishes Mr. Manley had only two employees and thus does not meet the

definition of employer according to the Workers' Compensation Law. For these reasons, the Court holds Mr. Roque-Blanco has not come forward with sufficient evidence for the Court to determine he would succeed at a hearing on the merits by proving he was an employee in service of an "employer." The Court, therefore, holds he is not entitled to the requested workers' compensation benefits at this time.

**IT IS, THEREFORE, ORDERED** as follows:

1. Mr. Roque-Blanco's claim against Mr. Manley for temporary disability and medical benefits is denied at this time.

2. This matter is set for a Scheduling Hearing on July 10, 2017, at 10:00 a.m. Eastern Time. The parties must call 855-543-5044 to participate in the Hearing.

3. Please Note: You must call in on the scheduled date/time to participate. Failure to call may result in a determination of the issues without your further participation. All conferences are set using Eastern Time.

**ENTERED this the 7th day of June, 2017.**

**/s/Brian K. Addington**
**Judge Brian K. Addington**
**Court of Workers' Compensation Claims**

3

## Appendix

Exhibits:
1. Affidavit of Roque-Blanco
2. Medical Records-Holston Valley Medical Center
3. Wings Air Rescue-Medical Notes
4. Expedited Request for Investigative Report

Technical record:
1. Petition for Benefit Determination
2. Dispute Certification Notice
3. Request for Expedited Hearing

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Expedited Hearing Order (Decision on the Record) was sent to the following recipients by the following methods of service on June 7, 2017.

| Name | Certified Mail | First Class Mail | Via Email | Service Sent To: |
|------|------|------|------|------|
| Braxton Terry, Esq. Attorney for Employee | | | X | brack@terry-lawfirm.com lisa@terry-lawfirm.com |
| Todd Manley, Self-Represented | X | | | 711 E. Jefferson Street Jefferson City, TN 37760 810 Ken Manley Road, New Market, TN 37820 |

/s/ Penny Shrum
**Penny Shrum, Clerk of the Court**
**Court of Workers' Compensation Claims**
**WC.CourtClerk@tn.gov**

4